[360 N.C. 163 (2005)]

IN THE MATTER OF T.K., D.K., T.K., AND J.K.

No. 386A05

(Filed 16 December 2005)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 613 S.E.2d 739 (2005), affirming a permanency planning order entered 31 October 2003 by Judge Lisa C. Bell in District Court, Mecklenburg County. Heard in the Supreme Court 12 December 2005.

*Tyrone C. Wade, Associate County Attorney, for petitioner-appellee Mecklenburg County Department of Social Services.*

*Michael E. Casterline for respondent-appellant mother.*

PER CURIAM.

AFFIRMED.